UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:25-cv-02785-JGB-MAR** Date: August 5, 2026

Title *Felix J. Jackson v. Superior Court of California County of San Bernardino et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On October 21, 2025, Felix J. Jackson ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. On June 22, 2026, the Court dismissed the Complaint with leave to amend ("ODLA"), granting Plaintiff until July 23, 2026, to either: (1) file a First Amended Complaint ("FAC"); (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action. Dkt. 11 at 7–8. The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "may result" in the dismissal of the Complaint for failure to prosecute. Id. To date, Plaintiff has failed to file a FAC or otherwise correspond with the Court.

Accordingly, Plaintiff is ordered to show cause in writing **within fourteen (14) days** of this Order, **by August 18, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's June 22, 2026 ODLA;
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or
3. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

**Initials of Preparer** : 
ev