UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:25-cv-02785-JGB-MAR** Date: September 4, 2026

Title *Felix J. Jackson v. Superior Court of California County of San Bernardino et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| ERICA VALENCIA | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO PROVIDE CURRENT ADDRESS**

On October 21, 2025, Felix J. Jackson ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. On June 22, 2026, the Court dismissed the Complaint with leave to amend ("ODLA"), granting Plaintiff until July 23, 2026, to either: (1) file a First Amended Complaint ("FAC"); (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action. Dkt. 11 at 7–8. The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "may result" in the dismissal of the Complaint for failure to prosecute. Id. To date, Plaintiff has failed to file a FAC or otherwise correspond with the Court. On August 5, 2025, the Court issued an Order to Show Cause ("OSC") regarding dismissal for failure to prosecute. Dkt. 13.

It appears likely that Plaintiff has not received a copy of the OSC because, on August 17, 2026, the copy of the OSC that the Court mailed to Plaintiff was returned to the Court. Dkt. 14. Plaintiff has not, however, provided this Court with an updated correct mailing address, as required by the Local Rules. L.R. 41-6.[1]

Thus, the Court is inclined to issue an Order dismissing the Complaint for failure to prosecute. However, before doing so, the Court will give Plaintiff an opportunity to show cause in writing **within fourteen (14) days** of this Order, **by September 18, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute and also for failure to keep the Court informed of a correct mailing address pursuant to Local Civil Rule 41-6. See Fed. R. Civ. P. 41(b); Local Civil Rule 41-6.

[1] Local Civil Rule 41-6, which states as follows:

> If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

L.R. 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:25-cv-02785-JGB-MAR** Date: September 4, 2026

Title *Felix J. Jackson v. Superior Court of California County of San Bernardino et al*

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall notify the Court of his current address and shall file a First Amended Complaint that addresses the deficiencies identified in the Court's June 22, 2026 ODLA;
2. Plaintiff shall notify the Court of his current address and Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint and request an extension of time to do so; or
3. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiff(s),<br>v.<br>Defendant(s). | CASE NUMBER<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ____________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ____________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ____________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ____________________

____________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ____________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

____________________ ____________________

*Date* *Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***